## Lauren Simon Irwin

| | |
|---|---|
| From: | Brown, Jennifer [Jennifer.Brown@wilmerhale.com] |
| Sent: | Monday, August 05, 2013 3:04 PM |
| To: | Lauren Simon Irwin |
| Cc: | Heather M. Burns; Rosenfeld, Jonathan |
| Subject: | Ameen v. Amphenol |

Hi Lauren,

I write in response to your letters dated July 19 and July 29.

Regarding your July 19 letter, we do not agree to the stipulation that you propose. It continues to be our position that the cell phone records should have been produced long ago, and a stipulation is only acceptable if it is consistent with the deposition testimony that Mr. Connors gave (as we outlined in our letter dated July 3). Since it appears you will not agree to such a stipulation, we would like to schedule a meet and confer call with you on this issue for this week or next week. Please let us know when you are available for such a call.

Regarding your July 29 letter, we stand by the objections stated in our responses to the Requests for Production. The requested documents will not be produced.

Thanks,

Jenn


**Jennifer Brown | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6801 (t)
+1 617 526 5000 (f)
jennifer.brown@wilmerhale.com

**Please consider the environment before printing this email.**

### IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

1