Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\*

MURAD Y. AMEEN                              \*

\*

   vs.                                      \* No.1:12-cv-365-LM

\*

AMPHENOL PRINTED CIRCUITS, INC.  \*

\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION of VALERIE HARTLEN,

Deposition taken at Upton & Hatfield,

10 Centre Street, Concord, New Hampshire,

on Thursday, May 9, 2013, commencing

at 10:02 a.m.


Court Reporter:

Pamela Carle, LCR, RPR, CRR

New Hampshire LCR No. 98

1        Q.       Sorry, did I say Ms. Harrington
2    already?
3        A.       Ms. Simons?
4        Q.       Ms. Simons did not suggest that that
5    was important to do?
6        A.       No.
7        Q.       So doing an audit of other employees to
8    see if anyone else was taking extra time on breaks
9    was not a priority for you?
10       A.       I wouldn't say it wasn't a priority, I
11   just -- I had so much on my plate at that time I
12   didn't take the time to audit.
13       Q.       And over the past seven months that's
14   never been something that you felt that you had
15   time to do?
16       A.       I haven't -- I have not done any of the
17   audit plans.
18       Q.       Do you have any plans to do any further
19   audits in the future?
20       A.       I haven't got that on my list.
21       Q.       You did mention a few minutes ago that
22   you did audit the employees in Mr. Ameen's
23   department back in October of 2012.

1    A.    Yes, when I -- when we found the issue
2    with Donny.
3    Q.    Did you retain the documents for all
4    the other employees who were audited?
5    A.    I don't know if I did or not.
6    Q.    Did you find any issues of employees
7    taking any more than 45 minutes total time off --
8    A.    No.
9    Q.    -- during their shift?
10   A.    No.
11   Q.    Did you check both the door accesses
12   and the timecards?
13   A.    Yes.  I believe I did, yes.
14   Q.    And did someone do a spreadsheet of
15   some kind to see if they took exactly 45 minutes
16   or 46 minutes or 48 minutes?
17   A.    Did I do a spreadsheet?
18   Q.    Did anyone, to your knowledge, see if
19   any extra time was taken?
20   A.    They wouldn't -- I'm the only one that
21   had the documents, so it would be me, and, no,
22   don't believe I did.
23   Q.    And were you looking to see if there