UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Murad Y. Ameen ) | |
| ) | Docket No.  1:12-cv-365-LM |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Amphenol Printed Circuits, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ASSENTED-TO MOTION TO APPROVE STIPULATION FOR
### PROTECTIVE ORDER CONCERNING CONFIDENTIAL DISCOVERY MATERIALS

NOW COMES the Plaintiff, Murad Ameen, by and through his attorneys, Upton & Hatfield, LLP, and hereby submits the within Motion to Approve Stipulation for Protective Order Concerning Confidential Discovery Materials attached hereto as Exhibit 1, and in support hereof states as follows:

1. The parties have agreed that certain confidential information that may be produced or otherwise disclosed during the course of this litigation shall be disclosed subject to a designation of "Confidential" and in accordance with the terms and conditions set forth in the attached Stipulation for Protective Order.

2. Counsel for both parties agree to be bound by the terms and conditions of the Protective Order.

3. The parties agree that the Protective Order shall be enforced by the Court, and the parties agree that any violation of this Order shall be grounds for contempt.

4. The provisions of the Protective Order shall survive the entry of a final judgment herein.

5. No memorandum or affidavit is being submitted in support of this motion since all the relevant information is contained herein.

6. Plaintiff hereby certifies that, pursuant to Local Rule 7.1(d), counsel for the Defendant has assented to the relief requested by this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A. Approve the Stipulation for Protective Order Concerning Confidential Discovery Materials; and

B. Grant such other and further relief that justice may require.

Respectfully submitted,

MURAD AMEEN, Plaintiff

By His Attorneys,
UPTON & HATFIELD, LLP

Date:  August 27, 2013         By: /s/ Lauren S. Irwin
                                   Lauren S. Irwin, NHBA #10544
                                   Heather M. Burns, NHBA #8799
                                   10 Centre Street, P.O. Box 1090
                                   Concord, NH 03302-1090
                                   (603) 224-7791
                                   lirwin@uptonhatfield.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon counsel of record via ECF system this date.

Date:  August 27, 2013         /s/ Lauren S. Irwin
                               Lauren S. Irwin