UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Murad Y. Ameen

      v.         Civil No. 12-cv-365-LM

Amphenol Printed Circuits, Inc.

### **J U D G M E N T**

In accordance with the Order dated December 23, 2013, by District Judge Landya B. McCafferty, judgment is hereby entered.

                By the Court,

                **/s/ Daniel J. Lynch**
                Daniel J. Lynch
                Chief Deputy Clerk

Date: December 24, 2013

cc: Heather M. Burns, Esq.
   Lauren S. Irwin, Esq.
   Jennifer C. Brown, Esq.
   Jonathan D. Rosenfeld, Esq.
   Mary E. Tenn, Esq.